158 A.3d 73

COMMONWEALTH of Pennsylvania, Respondent

v.

Albert TROCHE, Jr., Petitioner

No. 61 MAL 2016

Supreme Court of Pennsylvania.

September 23, 2016

## ORDER

PER CURIAM

**AND NOW**, this 23rd day of September, 2016, the Petition for Allowance of Appeal and Application for Relief are **DENIED.**